# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAWRENCE MATTHEW BRASDA,<br><br>Defendant. | CR 17-47-GF-BMM-JTJ<br><br>**ORDER** |

The United States Probation Office filed a Petition on April 8, 2021, requesting that the Court revoke Defendant Lawrence Brasda's supervised release. (Doc. 40). The Court conducted a revocation hearing on April 13, 2021. Brasda admitted alleged violations 1, 2 and 3. The Court dismissed alleged violation 4 on the government's motion.

The Court stated that the sentencing portion of the hearing would be continued approximately 90 days. The Court stated that Brasda would be released from custody pending the sentencing hearing, subject to certain conditions.

Accordingly, IT IS HEREBY ORDERED:

1. The Court will conduct the sentencing portion of Brasda's revocation hearing at 10:00 a.m. on July 13, 2021, at the Missouri River Courthouse in Great Falls, Montana.

2.    Brasda shall be released from custody pending the sentencing hearing. Brasda must comply with the release conditions imposed previously and the following new conditions:

    a.    Brasda must participate in an intense outpatient drug treatment program as directed by his probation officer;

    b.    Brasda must wear a sweat patch as directed by his probation officer;

    c.    Brasda must have no contact with Jackie Hinton; and

    d.    Brasda shall be restricted to his residence at all times except for employment and activities pre-approved by his probation officer.

DATED this 14th day of April, 2021.

John Johnston  
United States Magistrate Judge