IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAWRENCE MATTHEW BRASDA,<br><br>Defendant. | CR 17-47-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Lawrence Matthew Brasda (Brasda) has been accused of violating the conditions of his supervised release. Brasda admitted all of the alleged violations, except alleged violation 4. The Court dismissed alleged violation 4 on the government's motion. Brasda should be placed in custody for 6 months, with 30 months of supervised release to follow. Brasda should serve the first 60 days of supervised release in a secure inpatient drug treatment facility. Brasda should serve the next 180 days of supervised release in a residential re-entry center.

## II. Status

Brasda pleaded guilty to being a Prohibited Person in Possession of a Firearm and Ammunition on May 23, 2019. (Doc. 19). The Court sentenced

Brasda to 24 months of custody, followed by 3 years of supervised release. (Doc. 33). Brasda's current term of supervised release began on October 23, 2020. (Doc. 48 at 1).

**Petition**

The United States Probation Office filed an Amended Petition on April 14, 2021, requesting that the Court revoke Brasda's supervised release. (Doc. 48). The Amended Petition alleged that Brasda had violated the conditions of his supervised release: 1) by using methamphetamine on three separate occasion; 2) by committing another crime; and 3) by having contact with Jackie Hinton at the Fox Farm Subway without obtaining the prior approval of his probation officer.

**Initial appearance**

Brasda appeared before the undersigned for his initial appearance on April 15, 2021. Brasda was represented by counsel. Brasda stated that he had read the petition and that he understood the allegations. Brasda waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on the Amended Petition on

April 15, 2021. Brasda admitted that he had violated the conditions of his supervised release: 1) by using methamphetamine on three separate occasion; and 2) by having contact with Jackie Hinton at the Fox Farm Subway without obtaining the prior approval of his probation officer. The violations that Brasda admitted are serious and warrant revocation of Brasda's supervised release.

Brasda's violations are Grade C violations. Brasda's criminal history category is VI. Brasda's underlying offense is a Class C felony. Brasda could be incarcerated for up to 24 months. Brasda could be ordered to remain on supervised release for up to 36 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 8 to 14 months.

### III.  Analysis

Brasda's supervised release should be revoked. Brasda should be incarcerated for 6 months, with 30 months of supervised release to follow. Brasda should serve the first 60 days of supervised release in a secure inpatient drug treatment facility. Brasda should serve the next 180 days of supervised release in a residential re-entry center. This sentence is sufficient but not greater than necessary.

## IV. Conclusion

The Court informed Brasda that the above sentence would be recommended to United States District Judge Brian Morris. The Court also informed Brasda of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Brasda that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That Lawrence Matthew Brasda violated the conditions of his supervised release: 1) by using methamphetamine on three separate occasions; and 2) by having contact with Jackie Hinton at the Fox Farm Subway without obtaining the prior approval of his probation officer.

The Court **RECOMMENDS:**

> That the District Court revoke Brasda's supervised release and commit Brasda to the custody of the United States Bureau of Prisons for 6 months, with 30 months of supervised release to follow. Brasda should serve the first 60 days of supervised release in a secure inpatient drug treatment facility. Brasda should serve the next 180 days of supervised release in a residential re-entry center.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will

make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 19th day of April, 2021.

_____
John Johnston
United States Magistrate Judge