IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAWRENCE MATTHEW BRASDA,<br><br>Defendant. | CR-17-47-GF-BMM<br><br><br>ORDER |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on April 19, 2021.  (Doc. 54.)  Lawrence Brasda (Brasda) filed an objection on April 19, 2021.  (Doc. 55.) The Court reviews de novo findings and recommendations to which a party objects. 28 U.S.C. § 636(b)(1).

Judge Johnston conducted a revocation hearing on April 15, 2021. (Doc. 52.)  The United States accused Brasda of violating his conditions of supervised release by 1) by using methamphetamine on three separate occasions; 2) by committing another crime; and 3) by having contact with Jackie Hinton at the Fox Farm Subway without obtaining the prior approval of his probation officer.  (Doc. 48.)  At the revocation hearing, Brasda admitted to violating the terms of his

supervised release 1) by using methamphetamine on three separate occasions; and 2) by having contact with Jackie Hinton at the Fox Farm Subway without obtaining the prior approval of his probation officer (Doc. 52.) Judge Johnston found the violations admitted are serious and warrant revocation of 's supervised release. Judge Johnston recommended should be incarcerated for 6 months, with 30 months of supervised release to follow. (Doc. 54.)

Brasda now opposes Judge Johnston's Findings and Recommendations, objecting to the length of his sentence of imprisonment of six months, and objecting to the length of his supervised of 30 months that Judge Johnston recommended. (Doc. 55.)

The Court has reviewed Judge Johnston's Findings and Recommendations as well as 's objection. The undersigned conducted a revocation hearing on May 11, 2021. (Doc. 58.) Brasda and his attorney were allowed to allocute before the undersigned. (*Id.*) The Court has also considered the 18 U.S.C. § 3553(a) factors and agrees with Judge Johnston's Findings and Recommendations. 's violations of his conditions represent a serious breach of the Court's trust. This violation proves serious. Judge Johnston has recommended that the Court revoke 's supervised release and commit him to the custody of the Bureau of Prisons for 6 months. (Doc. 54.) Judge Johnston further has recommended a term of 30 months of supervised release. (*Id.*) Accordingly,

**IT IS HEREBY ORDERED** that Brasda's objections are denied. Judge Johnston's Findings and Recommendations (Doc. 54) are ADOPTED IN FULL.

**IT IS FURTHER ORDERED** that Defendant Lawrence Matthew Brasda be sentenced to custody of the Bureau of Prisons for a term of 6 months, with 30 months of supervised release to follow, with the first 60 days spent in a secure in patient drug treatment facility and the next 180 days spent at a residential re-entry center.  The Judgment will reflect Special  Condition of Supervision No. 2 for placement at the Great Falls Pre-Release Center.

DATED this 19th day of May, 2021.

_____
Brian Morris, Chief District Judge
United States District Court