IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAWRENCE MATTHEW BRASDA,<br><br>Defendant. | CR 17-47-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Lawrence Matthew Brasda (Brasda) has been accused of violating the conditions of his supervised release. Brasda admitted the alleged violation. Brasda should be placed in custody for 12 months, with no supervised release to follow.

## II. Status

Brasda pleaded guilty to being a Prohibited Person in Possession of a Firearm and Ammunition on May 23, 2019. (Doc. 19). The Court sentenced Brasda to 24 months of custody, followed by 3 years of supervised release. (Doc. 33).

**Petition**

The United States Probation Office filed a Petition on January 4, 2022,

requesting that the Court revoke Brasda's supervised release. (Doc. 62). The Petition alleged that Brasda had violated the conditions of his supervised release by failing to successfully complete his 180-day term at the Great Falls Residential Re-entry Center.

**Initial appearance**

Brasda appeared before the undersigned for his initial appearance on January 11, 2022. Brasda was represented by counsel. Brasda stated that he had read the petition and that he understood the allegations. Brasda waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on the Petition on January 11, 2022. Brasda admitted that he had violated the conditions of his supervised release by failing to successfully complete his 180-day term at the Great Falls Residential Re-entry Center. The violation is serious and warrants revocation of Brasda's supervised release.

Brasda's violation is a Grade C violation. Brasda's criminal history category is VI. Brasda's underlying offense is a Class C felony. Brasda could be incarcerated for up to 24 months. Brasda could be ordered to remain on

supervised release for up to 30 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 8 to 14 months.

### III. Analysis

Brasda's supervised release should be revoked. Brasda should be placed in custody for 12 months, with no supervised release to follow. This sentence is sufficient but not greater than necessary.

### IV. Conclusion

The Court informed Brasda that the above sentence would be recommended to United States District Judge Brian Morris. The Court also informed Brasda of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Brasda that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That Lawrence Matthew Brasda violated the conditions of his supervised release by failing to successfully complete his 180-day term at the Great Falls Residential Re-entry Center.

The Court **RECOMMENDS:**

> That the District Court revoke Brasda's supervised release and commit Brasda to the custody of the United States Bureau of Prisons for 12 months, with no supervised release to follow.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 12th day of January, 2022.

John Johnston
United States Magistrate Judge