IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LAWRENCE MATTHEW BRASDA, <br><br> Defendant. | CR-17-47-GF-BMM <br><br><br><br> **ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on January 12, 2022. (Doc. 72.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on January 11, 2022. (Doc. 67.) The United States accused Brasda of violating his conditions of supervised release by failing to successfully complete his 180-day term at the Great Falls Residential Re-entry Center. (Doc. 62.)

At the revocation hearing, Brasda admitted that he had violated the conditions of his supervised by failing to successfully complete his 180-day term at the Great Falls Residential Re-entry Center. (Doc. 67.) Judge Johnston found that the violation Brasda admitted proved to be serious and warranted revocation, and recommended that Brasda receive a custodial sentence of 12 months, with no supervised release to follow. (Doc. 72.) Brasda was advised of his right to appeal and his right to allocute before the undersigned. (Doc. 67.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 72) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Defendant Lawrence Matthew Brasda be sentenced to the Bureau of Prisons for 12 months, with no supervised release to follow.

DATED this 31st day of January, 2022.

_____
Brian Morris, Chief District Judge
United States District Court